# United States District Court
## Northern District Of Illinois

**FILED JUL 01 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | |
| ) | |
| Gwendolyn Jackson ) | Case No. 08CR453 004 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Gwendolyn Jackson_____, have discussed with _____Carrie J. Holberg_____, Pretrial Services Officer, modifications of my release conditions as follows:

To include mental health counseling as directed by Pretrial Services

Assistant U.S. Attorney <u>Daniel May</u> was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Gwendolyn Jackson_    7/1/08        _/s/_    7/1/08
Signature of Defendant    Date        Pretrial Services Officer    Date

Reviewed by:
Jennifer L. Bowers, Supervising U.S. Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/ Paul Camarena_        07-01-08
Signature of Defense Counsel        Date

☐ The above modification of conditions of release is ordered, to be effective on _____.
☐ The above modification of conditions of release is *not* ordered.

_/s/ Jeff Cole_        Jul 1, 08
Signature of Judicial Officer        Date