# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES**  ☐ MAGISTRATE  ☑ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF

| United States | v.s. | Brown, et. al. | FOR Gwendolyn Jackson |
|---|---|---|---|

AT

**F I L E D**

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

Gwendolyn Jackson

JUL 0 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| 1 ☑ Defendant—Adult |
| 2 ☐ Defendant - Juvenile |
| 3 ☐ Appellant |
| 4 ☐ Probation Violator |
| 5 ☐ Parole Violator |
| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☐ Other |

**DOCKET NUMBERS**
Magistrate

District Court
08 CR 453 - 04

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

18 U.S.C. §§ 1341, 1342, and 1343

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self-Employed

Name and address of employer:

IF YES, how much do you earn per month? $ 103 – Social Security

IF NO, give month and year of last employment
How much did you earn per month? $ Summer 05 15,000/mo

If married is your Spouse employed?  ☐ Yes  ☑ No

IF YES, how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ ___  SOURCES ___

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☑ Yes  ☐ No  IF YES, state total amount $ 1,600.00

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ ___  DESCRIPTION ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

| MARITAL STATUS | Total No. of Dependents |
|---|---|
| ☐ SINGLE | |
| ☐ MARRIED | |
| ☐ WIDOWED | 1 |
| ☐ SEPARATED OR | |
| ☑ DIVORCED | |

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| AT+T | | $ 600 | $ 300 |
| Credit cards | | $ 15,000 | $ 300 |
| Comcast | | $ | $ 70 |
| Nicor | | $ 3,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Gwendolyn Jackson  7/1/08